759 A.2d 847

IN THE MATTER OF DOUGLAS J. FLEISHER, AN ATTORNEY AT LAW.

October 5, 2000.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision concluding that **DOUGLAS J. FLEISHER** of **NORTH BERGEN**, who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.16(d) (failure to surrender file on termination of representation) and *RPC* 1.4(a) (failure to communicate with client), and good cause appearing;

It is ORDERED that **DOUGLAS J. FLEISHER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.